Decided September 13, 2006

## STATE OF CONNECTICUT *v.* GREGORY MCARTHUR

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 155 (AC 26742), is denied.

*Pamela S. Nagy,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided September 13, 2006